**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendant. | **Case No. 2:24-CV-03790-DJC-CSK**<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY AND DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S AMENDED STIPULATION TO EXTEND FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

The Court, having considered the Plaintiff Zurich American Insurance Company and Defendant Hartford Fire Insurance Company's ("Parties") Amended Joint Stipulation to Extend Fact Discovery and Dispositive Motion Deadlines ("Joint Stipulation"), and finding good cause, hereby GRANTS the Joint Stipulation. The Court hereby resets the deadlines, date of the Pretrial Conference, and Trial Date as follows:

Fact Discovery: completion by 6/15/2026

Expert Discovery:

Initial Reports: 5/29/2026

Rebuttal Reports: 6/26/2026

Close of Fact Discovery: 8/7/2026

Dispositive Motions:

Filed before: 7/10/2026

Dispositive Motion Hearing Deadline: 8/27/2026 at 1:30 p.m.

Final Pretrial Conference: 12/10/2026 at 1:30 p.m.

Jury/Bench Trial: 2/8/2027 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  February 10, 2026                     /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

ORDER REGARDING JOINT STIPULATION TO EXTEND DEADLINES