RAMIRO MORALES, # 167947
Email: rmorales@mfrlegal.com
CHRISTINE M. FIERRO, # 191660
Email: cfierro@mfrlegal.com
CANON T. YOUNG, # 189142
Email: cyoung@mfrlegal.com
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA  94596
Telephone:  (925) 288-1776
Facsimile:   (925) 288-1856

Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | CASE NO.: 2:24-cv-03790-DJC-CSK<br><br>**STIPULATION AND ORDER TO DISMISS** |

Plaintiff Zurich American Insurance Company ("Zurich") and Defendant Hartford Fire Insurance Company ("Hartford") HEREBY STIPULATED that all claims and cross-claims in this action be DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear their own fees and costs.

Respectfully submitted.

DATED:  June 21, 2026

MORALES FIERRO & REEVES                    SPENCER FANE LLP


By: */s/Christine M. Fierro*                    By: */s/Tyler J. Scott*  (as authorized 6/21/26)
        RAMIRO MORALES                                JOHN V. PICONE III
        CHRISTINE M. FIERRO                          SCOTT L. DAVIS
        CANON T. YOUNG                                TYLER J. SCOTT
        Attorneys for Plaintiff                            Attorneys for Defendant
        ZURICH AMERICAN INSURANCE              HARTFORD FIRE INSURANCE
        COMPANY                                            COMPANY

1

STIPULATION AND ORDER                                Case No.: 2:24-cv-03790-DJC-CSK

**<u>ORDER</u>**

IT IS SO ORDERED.


Dated:  June 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    Case No.: 2:24-cv-03790-DJC-CSK